~~FILED~~

Statesville, NC

MAR 23 2026

Clerk, US District Court
Western District of NC

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _N.C._

_Statesville,_ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-CV-67-SCR

_(to be filled in by the Clerk's Office)_

__Jody Edgar Hall #0162341__
### Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

__Nurse "Smitty," Et AL.__
### Defendant(s)
_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Jody Edgar Hall #0162341

All other names by which
you have been known:

ID Number

Current Institution     Alexander Prison

Address     633 Old LandFill Rd.

Taylorsville,     N.C.     28681

       *City*        *State*        *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Nurse "Smitty" (1st Shift)

Job or Title *(if known)*     Nurse At Alexander Prison

Shield Number     ??

Employer     Alexander Prison

Address     633 Old LandFill Rd.

Taylorsville,     N.C.     28681

       *City*        *State*        *Zip Code*

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name     Nurse "Jane Doe, #1" (on the other) (1st Shift)

Job or Title *(if known)*     Nurse At Alexander Prison

Shield Number     ??

Employer     Alexander Prison

Address     633 Old LandFill Rd.

Taylorsville,     N.C.     28681

       *City*        *State*        *Zip Code*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name      "Nurse Jane Doe" (2nd Shift) #2 "(on Days Smitty works)

Job or Title *(if known)*      Nurse At Alexander Prison

Shield Number      ??

Employer      Alexander Prison

Address      633 Old LandFill Rd.

Taylorsville,      N.C.      28681

     *City*      *State*      *Zip Code*

[✓] Individual capacity      [✓] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

     *City*      *State*      *Zip Code*

[ ] Individual capacity      [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"Cruel & Unusual" punishment & "Deliberate Indifference" (8th Ammendment)

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*They Are Nurse's And Refused to give me Supplies For my Serious Medical Need! "A.D.A."*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Alexander Prison (From 11-13-25 to 11-27-25) so far! Today is 11-29-25*

C.      What date and approximate time did the events giving rise to your claim(s) occur?

(From 11-13-25 threw 11-27-25 soFar) Both ShiFts !! *All "3" of these Nurses!

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Nurses ReFused to give me gauze For my mouth. I Had to put "Used" Socks in my mouth! Half the "JE-Block" Saw these treatments Day AFter Day.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sore throat, Never got to See Dr.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensentary Damages For #25,000.00 And punitive Damages For #50,000.00 For Each Nurse! (*Also DeFendants to Pay All Cost's in this Case!)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Alexander Prison*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*All of these times It Happened I wrote A Grievance And Never got A Responce. (I Even Sent them straight to the "Warden" to File, And Nothing!!)*

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

*Alexander Prison*

2.   What did you claim in your grievance?

*Nurse's Refused to give me gauze For my mouth And I Had to Use, "Used" Socks, Boxers, Washcloths inside my mouth!*

3.   What was the result, if any?

*Never got an Answer From Any of the Grievance's I Filed!*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*I Never got Any Responce So I mailed Grievance's to "inmate Grievance Resoulition Board in Raleigh."*

F.     If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   *I Filed/Tried to File Several Grievances !!*

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *I turned in Some of the Grievances to Officers.*

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *\* I Can't exhaust grievances that Never get Filed By Even the "Warden" Here !*
   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*None*

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Jody Edgar Hall #0162341

Defendant(s)   Nurse's Brittany Weaver, Et AL. (at "Central Prison")

2.   Court *(if federal court, name the district; if state court, name the county and State)*

In the U.S. District Court For the Eastern District of N.C.

3.   Docket or index number

Civil Action No: 5:25-CT-3210-M

4.   Name of Judge assigned to your case

*\* I Don't Know Because the Officers Here At Alexander Prison Threw Away my "Personal Copy's" When I got Here!*

5.   Approximate date of filing lawsuit

10-3-25

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ *NONE* _____

Defendant(s) _____ *NONE* _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Case 5:26-cv-00067-SCR    Document 1    Filed 03/23/26    Page 10 of 14

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11-29-25

| | |
|---|---|
| Signature of Plaintiff | Jody Edgar Hall #0162341 |
| Printed Name of Plaintiff | Jody Edgar Hall #0162341 |
| Prison Identification # | Alexander Prison |
| Prison Address | 633 Old Land Fill Rd. |
| | Taylorsville,    N.C.   28681 |
| | *City*      *State*    *Zip Code* |

### B.  For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*      *State*    *Zip Code* |
| Telephone Number | |
| E-mail Address | |

(Attachment #1)

* To The Court, *        (11-29-25)

I Want it to Be Known By the Court, that I Have Been "threatened" By Some OFFicers Here At "Alexander Prison". I was told" IF you File A Lawsuit on "Any Body Here", We Are going to Beat your ASS!!" "We Don't give A SHit that your Face is already Fucked up!! Ha! Ha! Ha! Ha!!'" I Do Not Know these OFFicer's Names Because They Don't wear Name Tags, And there Are Other Guys Here that Say, they Have Been Beaten By these OFFicers Here At Alexander Prison Also!! I want this Known Now BeFore I might get a "Beating" From these OFFicers Because I AM Still Filing these Lawsuits on the Nurse's Here At Alexander Prison. Thank You For your Concern.

Signed: Jody Edgar Hall
#0162341
Date: 11-29-25

Sincerly,
Jody Edgar Hall
#0162341
Alexander Prison
633 Old LandFill Rd.
Taylorsville, N.C. 28681

(Court Clerk's Original Copy)

DC–410 (Rev. 01/23)

## NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Jody Hall                          Offender #: 0162341

Location: Blue Unit - JE,3 Alexander Prison       Date: 11-17-25

Grievance Statement: on 11-17-25 the Nurse Refused to give me Any gauze or Syringes (to Drink water with) or "Sterile Sponges" For my mouth. This is "Cruel & Unusual" Punishment (which is the exact Same Reason I'm Sueing "Central Prison") Now I'm Sueing "Alexander Prison Staff" For the Same "Cruel & Unusual" punishments, "Deliberate Indifference's" And Also An "Intentional Tort" For "ADA" Requirements that were NOT Followed "Due to Cost!" Thank You For the Lawsuits!! (◦◦) * I Made and Mailed Copys of this to my Lawyer And Priest.'*

What remedy would resolve your grievance?: 

Court!!

Offender Signature: Jody Hall

---

### OFFICIAL USE

Date received: 12/18/25          Receiving Officer Signature          [illegible]
                                                                        Staff ID

Facility #: 4220   Year: 25   Housing #: ___   Sequence #: 30,9

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 01/23)          Alexander Prison

## NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Jody Hall                    Offender #: 0162341

Location: Blue Unit-JE-03 Alexander Prison    Date: 11-27-25

Grievance Statement: I Asked For A Pack of 4x4 gauze For my mouth And to Clean my Trach with on (11-27-25) Night ShiFt! The Nurse I Had Said, "NO!! " I was told that you only Can Have 2 A Day! " "IF You Have A Problem with that, Take it up with Mrs Young on Monday! * Thats 4 Days with No gauze For my mouth. I'm Having to Put "Used" Socks, washcloths, Boxers, And whatever else I Have In my Room, inside of my mouth And I'm tired of this "Cruel & Unusual Punishment" And "Deliberate IndiFferences" that I'm Being treated with Here At Alexander Prison By its "StaFF! *I'm Sueing This Prison's StaFF Like I'm Doing Central Prison's StaFF!

What remedy would resolve your grievance?: _____

Court .. Thanks!

* I made Copys oF this grievance For Court Purposes..!*

Offender Signature: Jody Hall

---

## OFFICIAL USE

Date received: 12 / 1 / 25          Qi                    JT01
                          Receiving Officer Signature          Staff ID

Facility #: 4810    Year: 25    Housing #: JE    Sequence #: 30207

Distribution: White - Facility Copy; Pink - Offender Copy